AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| Zeanna Robinson et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09cv3113 |
| Kevin Lazarchic, individually and in his professional capacity as a Minneapolis police officer | ) PAM/FLN |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Kevin Lazarchic

RECEIVED
MARSHALS SERVICE
MINNEAPOLIS, MN.
2009 DEC 29 A 9: 41

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Ashwin Madia
MADIA LAW LLC
345 Union Plaza
333 Washington Avenue North
Minneapolis, MN 55401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   **RICHARD D. SLETTEN**

Date: NOV 0 6 2009

*Signature of Clerk or Deputy Clerk*

**SCANNED**
JAN 12 2010
U.S. DISTRICT COURT MPLS

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Zeanna Robinson et al. | 09 CV 3113 PAM/FLN |
| DEFENDANT | TYPE OF PROCESS |
| Kevin Lazarchic | Summons in a Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kevin Lazarchic

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Minneapolis Police Precinct 1, 19 North ~~Minneapolis~~ 4th Street, Minneapolis, MN 55401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Chris Kuhlman
333 Washington Ave N
Suite 300
Minneapolis, MN 55401

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Precinct 1's number is 612-673-2655
K. Lazarchic's work/cell # is 612-~~XXX-XXXX~~ 919-9149
If you call the precinct where Defendant works, they can let you know when his shift begins.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 612-349-2747
DATE: 11-16-09

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 41 | District to Serve No. 41 | Signature of Authorized USMS Deputy or Clerk Juusdale | Date 12/23/09 |
|---|---|---|---|---|---|

I hereby certify and return that ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 1/11/10 | 7:20 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 55- | 2- | | ~~$56.10~~ | | 56.10 | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|