# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| T.R., a minor appearing by his mother and natural guardian, Zeanna Robinson, J.R., a minor appearing by his mother and natural guardian, Zeanna Robinson, D-L.S., a minor appearing by his mother and natural guardian, Zeanna Robinson, Z.R., a minor appearing by his mother and natural guardian, Zeanna Robinson, and Zeanna Robinson, individually, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>Kevin Lazarchic, individually and in his professional capacity as a Minneapolis Police Officer, <br><br>　　　　　Defendant. | Case No: 09-CV-03113 PAM/FLN <br><br> **ORDER** |

_____

Upon the stipulation for dismissal of several counts with prejudice signed by the parties,

IT IS HEREBY ORDERED THAT:

Plaintiff Zeanna Robinson's unreasonable seizure and 42 U.S.C. § 1981 claims are dismissed with prejudice;

All plaintiffs' intentional infliction of emotional distress claims are dismissed with prejudice; and

Plaintiff Zeanna Robinson's excessive force claim pursuant to 42 U.S.C. §1983 shall proceed to trial.

Date: <u>November 29, 2010</u>　　　　　　　　s/Paul A, Magnuson
　　　　　　　　　　　　　　　　　　　　　The Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge