## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| T.R., et al, | 09-CV-3113 (PAM/FLN) |
| Plaintiffs, | |
| vs. | |
| Kevin Lazarchic, individually and in his professional capacity as a Minneapolis Police Officer, | **ORDER FOR DISMISSAL** |
| Defendant. | |

Based upon the foregoing Stipulation (Docket Document 30), and upon all of the files, records and proceedings herein:

IT IS HEREBY ORERED that Plaintiff's Complaint in this matter is dismissed with prejudice and without costs and disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:    April  4 , 2011        s/Paul A. Magnuson
                                 The Honorable Paul A. Magnuson
                                 United States District Court